UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00133 |
| | § | |
| 2008 FORD EXPEDITION SUV (VIN: 1FMFU19588LA79197) | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY CLAIMANT'S MOTION FOR JUDGMENT

On October 26, 2012, United States Magistrate Judge Brian L. Owsley issued his "Memorandum and Recommendation to Deny Claimant's Motion for Judgment" (D.E. 10). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 10), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Claimant's Motion

for Judgment on the Pleadings Pursuant to FRCP 12(c) or, Alternatively, Motion for Summary Judgment Pursuant to FRCP 56 (D.E. 7) is DENIED.

ORDERED this 10th day of December, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE